**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAJESH KUMAR TENNETI,<br><br>                                  Petitioner,<br><br>        v.<br><br>CHRISTOPHER LAROSE,<br><br>                                  Respondent. | Case No. 26-cv-3181-BAS-JAC<br><br>**ORDER TERMINATING AS MOOT PETITION FOR WRIT OF HABEAS CORPUS** |

Rajesh Kumar Tenneti, self-represented, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. (ECF No. 1.) The Court referred the Petition to Federal Defenders. (ECF No. 2.) The next day, the Government notified the Court that Petitioner has been released from immigration custody. (ECF No. 3.) Accordingly, the Court **TERMINATES AS MOOT** Petitioner's Petition.

The Clerk of Court shall close the case.

**IT IS SO ORDERED.**

**DATED: May 28, 2026**

**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**

- 1 -

26cv3181